960

Núm. 9505.—Pueblo, apldo. *v.* Benítez, aplte.—C. D. San Juan. Agosto 1, 1942.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

Por cuanto, condenado José Benítez Sampayo por la Corte de Distrito de San Juan a un mes de cárcel como autor de un delito de portar armas, apeló para ante este Tribunal alegando error manifiesto en la apreciación de la prueba y error manifiesto en la admisión de la misma, y

Por cuanto, examinada la evidencia encontramos que sostiene la conclusión a que llegó la corte de distrito en cuanto a la culpabilidad del acusado, no habiéndose en tal virtud cometido el primer error señalado, y

Por cuanto, el segundo tampoco fué cometido, ya que manifestaciones hechas en el momento de la ocurrencia del hecho por personas presentes, a saber, exclamaciones tales como "esa mujer tiene el revólver," son admisibles como parte del *res gestae*, sin que tampoco conste que la convicción del acusado se hubiera basado en dichas manifestaciones:

Por tanto, debe declararse como se declara sin lugar el recurso y confirmarse como se confirma la sentencia apelada que dictó la Corte de Distrito de San Juan el 10 de marzo de 1942.

Núm. 9243.—Pueblo, apldo. *v.* Ruiz, aplte.—C. D. San Juan. Abril 15, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción radicada por el Fiscal de esta Corte solicitando se desestime por abandono el recurso interpuesto por el acusado apelante, por cuanto con anterioridad a la fecha señalada para la vista de dicha moción el acusado apelante radicó ante esta Corte la transcripción de evidencia y demás documentos necesarios para perfeccionar la apelación, por lo tanto se declara sin lugar la moción de desestimación.